## Willie Dorsey CANTRELL, Petitioner–Appellant,

v.

## L.S. MCEWEN, Acting Warden; et al., Respondents–Appellees.

No. 09–55386.

United States Court of Appeals, Ninth Circuit.

Oct. 19, 2011.

Willie Dorsey Cantrell, Calipatria, CA, pro se.

Felicity Senoski, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, San Diego, CA, for Respondents–Appellees.

D.C. No. 3:07–cv–00354–W–POR.

Before: SCHROEDER and GOULD, Circuit Judges, and SEEBORG, District Judge.*

---

* The Honorable Richard Seeborg, United    States District Judge for the Northern District

582

## ORDER

The panel, as constituted above, has unanimously voted to deny the Petition for Rehearing. Judges Schroeder and Gould voted to deny the Petition for Rehearing En Banc, and Judge Seeborg has so recommended.

The Petition for Rehearing En Banc has been circulated to the full court, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35.

Appellant's Petition for Rehearing and Petition for Rehearing En Banc are DENIED.